**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No.: 6:16-cv-01301**

GARY SELMON

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,
f/k/a ANDREU, PALMA & ANDREU, PL,
JORGE L. PALMA individually, and
CAVALRY SPV I, LLC
    Defendants.
_____/

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

COMES NOW, Defendant ANDREU, PALMA, LAVIN & SOLIS, PLLC, f/k/a ANDREU, PALMA & ANDREU, PL, ("Defendant"), by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint as follows:

1. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

2. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

3. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

4. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

5. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

6. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

7. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

8. Admitted that Exhibit "A" speaks for itself; otherwise, Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

9. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

10. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

11. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

12. Admitted that Exhibit "B" speaks for itself; otherwise, Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

13. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

14. Admitted that Exhibit "C" speaks for itself; otherwise, Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

15. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

16. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

17. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

18. Denied.

19. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

20. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

21. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

22. Admitted that the acceptance of the offer of judgment speaks for itself; otherwise Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

23. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

24. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

25. Admitted that Defendant is a Delaware LLC that purchases debts and attempts to collect those debt, that Defendant is a licensed consumer collection agency, and that Defendant is sometimes considered a debt collector as defined by the FDCPA and FCCPA; otherwise, Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

26. Admitted that Exhibit "D" speaks for itself; otherwise, Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

27. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

28. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

29. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

30. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

31. Denied.

32. Denied.

33. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

34. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

35. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

36. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

37. Denied.

38. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

39. Defendant is without knowledge sufficient to determine the veracity of the allegations contained in this paragraph and, therefore, denies and demands strict proof thereof.

40. Denied.

41. Denied.

42. Denied ( 1 through 2 inclusive).

43. Denied.

44. Denied.

## COUNT I

45. Defendant re-asserts its response to Paragraphs 1 through 44 as if fully set forth herein.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

## **COUNT II**

58. Defendant re-asserts its responses to paragraphs 1 through 44, as if fully set forth here-in.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

### THIRD AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Defendant is entitled to a set-off from any recovery made by the Plaintiff of the debt(s) which the Plaintiff/Debtor/Petitioner has admitted is owed to Defendant.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### JURY DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080